```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE HAMPTON,

        Plaintiff,

-v-

ASSET ACCEPTANCE, LLC,

        Defendant.

No. 09 Civ. 3534 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff, dated May 27, 2009, indicating that this action has been settled.

IT IS THEREFORE HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:    May 27, 2009
          New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE